UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL ROBINSON                                          CIVIL ACTION

VERSUS

STEPHEN HARRELL, ET AL.                          NO. 25-00380-BAJ-RLB

JUDGMENT

Considering the parties' **Stipulation Of Dismissal With Prejudice (Doc. 13)** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE.**

Baton Rouge, Louisiana, this 10th day of September, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA